IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 10-cv-00697-MJW-KMT**

KAREN SMITH,

Plaintiff(s),

v.

CONTINENTAL COLLECTION AGENCY, INC.,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on June 7, 2010, by Judge Philip A. Brimmer and was assigned to Magistrate Judge Michael J. Watanabe on June 8, 2010 by Letter Reassigning Case.

    Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Kathleen M. Tafoya is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER ORDERED that the **Order of Reference to Magistrate Judge**, entered by Judge Philip A. Brimmer on April 1, 2010, is **VACATED**.

    IT IS FURTHER ORDERED that a Status Conference is set before Magistrate Judge Michael J. Watanabe on July 13, 2010, at 11:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall have their calendars available to set a Final Pretrial Conference date. Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.

    DATED THIS 10th DAY OF JUNE, 2010.

    BY THE COURT:

    s/ Michael J. Watanabe
    MICHAEL J. WATANABE
    United States Magistrate Judge