IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 10-cv-00697-MJW-KMT

KAREN SMITH,

    Plaintiff,

v.

CONTINENTAL COLLECTION AGENCY, INC,

    Defendant.

---

ORDER FOR DISMISSAL WITH PREJUDICE ( Docket No 25 )

---

THIS MATTER having come before the Court upon the parties' Joint Motion to Dismiss with Prejudice, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant be dismissed with prejudice, each party to pay his own attorneys fees and costs.

DATED this 10TH day of January, 2011.

BY THE COURT:

*[signature]*

United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO